IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CHRISTOPHER LEE, #K8478**                          **PETITIONER**

**VS.**                          **CIVIL ACTION NO.: 4:07cv1-TSL-LRA**

**RON KING**                          **RESPONDENT**

_____

**JUDGMENT**

THIS CAUSE having come on to be heard on this date upon the Report and Recommendation of United States Magistrate Judge Linda R. Anderson entered in this cause on May 31, 2007, and the Court, having adopted said Report and Recommendation as the finding of the Court by Order dated this day, finds that Judgment should be entered in favor of Respondent and that this cause should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice. Judgment in favor of Respondent is entered.

SO ORDERED, this the 14th day of June, 2007.

                                       /s/Tom S. Lee
                                       UNITED STATES DISTRICT JUDGE